IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. |
| CHERIE SAGER | Violation:  18 U.S.C. §§ 1029 and 1344 |

**The Scheme to Defraud**

1.      CHERIE SAGER was an adult who worked for ASA Property Management, Inc. ("ASA") since its inception in 2010.  ASA is a property management company with its headquarters in Fargo, North Dakota.  CHERIE SAGER was responsible for accounting functions at ASA, including accounts payable, accounts receivable, and payroll.  CHERIE SAGER had accounting experience from previous jobs. CHERIE SAGER was a signer on ASA's bank accounts and had access to a signature stamp for one of the owners of ASA.

2.      During the period of time between March 2018 and October 2024, CHERIE SAGER misappropriated approximately $1,085,356 from her employer, ASA, by committing bank fraud.  She drafted hundreds of unauthorized checks on accounts belonging to ASA, which were payable to herself, her husband, and other entities. Further, CHERIE SAGER withdrew cash from an ASA account using automated teller machines ("ATMs").

3.      In late November 2024, one of the owners of ASA discovered that CHERIE SAGER had been withdrawing cash from an ASA escrow account for employee payroll taxes.  The account description had been changed from an "escrow account" to a "debit

account." When confronted about the withdrawals, CHERIE SAGER admitted to making the withdrawals, claiming she used the wrong card. However, ASA had never used a debit card connected to that account.

4.    CHERIE SAGER was terminated from ASA on December 6, 2024.

**Manner and Means**

5.    Between on or about March 8, 2018, and on or about October 28, 2024, CHERIE SAGER made approximately 614 ATM withdrawals from an ASA account at Bremer Bank, which is a financial institution insured by the Federal Deposit Insurance Corporation. The aggregate amount of withdrawals totaled approximately $302,940.00.

6.    Initially, the ATM withdrawals took place at banks in Fargo, North Dakota, as well as Moorhead, Minnesota. However, beginning in September 2023, the ATM withdrawals occurred in Queen Creek, Arizona, where CHERIE SAGER maintained a second residence. The withdrawals in Arizona coincided with CHERIE SAGER living in Arizona.

7.    Between on or about November 21, 2018, and on or about March 1, 2024, CHERIE SAGER drafted approximately 84 unauthorized checks on an ASA account at Bremer Bank, which were made payable to herself. These checks totaled $193,741.00.

8.    Between on or about November 1, 2018, and on or about October 2, 2023, CHERIE SAGER drafted approximately 115 unauthorized checks on an ASA account at Bremer Bank, which were made payable to her husband. These checks totaled $110,030.00.

9.      ASA never issued a Form W-2 to CHERIE SAGER's husband.  Further, many of ASA accounting entries were modified to disguise checks made payable to CHERIE SAGER's husband.  More than 100 payments to CHERIE SAGER's husband were changed to show the payee as First National Bank in the accounting books.

10.     Between on or about December 17, 2018, and on or about July 9, 2024, CHERIE SAGER drafted approximately 18 unauthorized checks on an ASA Bremer Bank account, which were made payable to Property on First, LLC.  Property on First, LLC, owns the building rented by ASA.  CHERIE SAGER is the registered agent for Property on First, LLC, and CHERIE SAGER is an authorized user and signer on five bank accounts belonging to Property on First, LLC.  The checks to Property on First, LLC totaled $59,018.00.

11.     Most of the unauthorized checks to Property on First, LLC, were deleted or modified in ASA's QuickBooks so that there was no apparent record of the payments being made to Property on First, LLC.  In addition, several of the checks appear in ASA's QuickBooks as duplicate rent payments, so that ASA appeared to pay rent twice in several months.

12.     Between on or about November 13, 2018, and on or about July 15, 2024, CHERIE SAGER drafted approximately 172 unauthorized checks on an ASA account at Bremer Bank, which were made payable to Fargo Public Schools Federal Credit Union ("FPS Federal Credit Union").  CHERIE SAGER and her husband had personal accounts at FPS Federal Credit Union.  These checks totaled $419,127.00.

13.    ASA did not have any accounts at Fargo Public Schools Federal Credit Union between 2018 and 2024.

## COUNT ONE

### Bank Fraud

The Grand Jury Charges:

Paragraphs 1 through 13 above are re-alleged as if set forth here.

On or about July 25, 2022, in the District of North Dakota, the defendant,

CHERIE SAGER,

did knowingly execute and attempt to execute the above-described scheme or artifice to defraud Bremer Bank and to obtain any of the moneys, funds, credits, assets, securities, or other property owned by or under the custody or control of Bremer Bank, whose deposits were and are insured by the Federal Deposit Insurance Corporation, by means of false or fraudulent pretenses, representations, or promises, to wit: the defendant, CHERIE SAGER, drafted an unauthorized check payable to herself in the amount of $3,500.42 from an ASA account at Bremer Bank ending 9023, and CHERIE SAGER deleted herself as the payee of that check in ASA's accounting records;

In violation of Title 18, United States Code, Section 1344.

COUNT TWO

**Bank Fraud**

The Grand Jury Further Charges:

Paragraphs 1 through 13 above are re-alleged as if set forth here.

On or about June 1, 2023, in the District of North Dakota, the defendant,

CHERIE SAGER,

did knowingly execute and attempt to execute the above-described scheme or artifice to defraud Bremer Bank, and to obtain any of the moneys, funds, credits, assets, securities, or other property owned by or under the custody or control of Bremer Bank, whose deposits were and are insured by the Federal Deposit Insurance Corporation, by means of false or fraudulent pretenses, representations, or promises, to wit: the defendant, CHERIE SAGER drafted an unauthorized check to T.S. from an ASA Bremer Bank account ending 9023, and CHERIE SAGER changed the payee of that check from T.S. to "First International Bank" in ASA's accounting records;

In violation of Title 18, United States Code, Section 1344.

## COUNT THREE

### Bank Fraud

The Grand Jury Further Charges:

Paragraphs 1 through 13 above are re-alleged as if set forth here.

On or about August 4, 2023, in the District of North Dakota, the defendant,

CHERIE SAGER,

did knowingly execute and attempt to execute the above-described scheme or artifice to defraud Bremer Bank, and to obtain any of the moneys, funds, credits, assets, securities, or other property owned by or under the custody or control of Bremer Bank, whose deposits were and are insured by the Federal Deposit Insurance Corporation, by means of false or fraudulent pretenses, representations, or promises, to wit: CHERIE SAGER drafted an unauthorized check from an ASA checking account ending 9023 made payable to FPS Federal Credit Union in the amount of $10,840.49;

In violation of Title 18, United States Code, Section 1344.

7

## COUNT FOUR

### Access Device Fraud

The Grand Jury Further Charges:

Paragraphs 1 through 13 above are re-alleged as if set forth here.

Between July 29, 2022, and July 28, 2023, in the District of North Dakota, the defendant,

### CHERIE SAGER,

did knowingly and with intent to defraud, use an unauthorized access device, a debit card connected to an ASA Bremer Bank account number ending 9031, to withdraw cash from automated teller machines in Fargo, North Dakota.  By such conduct CHERIE SAGER executed and attempted to execute the above-described scheme or artifice to defraud Bremer Bank and obtain any of the moneys, funds, credits, assets, securities, or other property owned by or under the custody or control of Bremer Bank, the aggregate value of which is equal to or greater than $1,000;

In violation of Title 18, United States Code, Section 1029.

FORFEITURE NOTICE

Upon conviction of one or more of the offenses charged in this Indictment,

CHERIE SAGER

shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(c) and 28 U.S.C.

§ 2461(c), all right, title, and interest in any property, real or personal, which constitutes

or is derived from proceeds traceable to violation(s) of 18 U.S.C. § 1344.

If any of the assets subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and

28 U.S.C. § 2461, as a result of any act or omission of CHERIE SAGER:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of

any other property of defendant's up to the value of said property subject to forfeiture.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ NICHOLAS W. CHASE
NICHOLAS W. CHASE
United States Attorney

MDG/alk

9