AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of North Dakota

REC'D USMS-FARGO, ND
'26 MAR 12 AM 10:03

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Cherie Sager | ) Case No. 3:26-cr-41 |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Cherie SAGER

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Bank Fraud
Access Device Fraud
Forfeiture Notice

Date:     03/11/2026

/s/ Bre Solbeg Luedtke
*Issuing officer's signature*

City and state:     Fargo, ND

Bre Solberg Luedtke
*Printed name and title*

---

### Return

This warrant was received on *(date)* 03/11/2026 , and the person was arrested on *(date)* 03/13/2026
at *(city and state)* Queen Creek, Arizona .

Date: 03/23/2026

*Arresting officer's signature*

Caleb Williamson, FBI Special Agent
*Printed name and title*