# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

### Criminal No. 3:26-cr-41

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>**Cherie Sager**,<br><br>Defendant. | **Motion to Continue** |

Cherie Sager's trial is scheduled for June 2, 2026 in Fargo, North Dakota. Ms. Sager, through counsel, requests that the trial be continued for 120 days. The good cause for this request is detailed below:

1) Ms. Sager received the discovery on April 16, 2026.

2) The discovery is voluminous and will take time to review before counsel can determine the next appropriate course of action in Ms. Sager's case.

3) Counsel has a month-long trial in Minneapolis, Minnesota starting on June 8th that was scheduled before Ms. Sager's trial and the court in that matter has set the trial as a "date certain"—which the Court has not done here.

4) This is counsel's first continuance request.

5) The government, through Assistant United States Attorney Matthew Greenley, does not object to the request.

For these reasons, Cherie Sager requests the Court: (1) continue her trial, and (2) schedule it on the first available date after November 2, 2026.

Date:  May 4, 2026                    Respectfully submitted,

Dane DeKrey (#09524)
**RINGTSROM DEKREY PLLP**
814 Center Avenue, Suite 5
Moorhead, MN  56560
(218) 284-0484
dane@ringstromdekrey.com

2